## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:  )<br>  )<br>Jennifer Kristin Willhite,  )<br>  )<br>  )   CASE NO. 23-11078-SAH<br>  )   Chapter 7<br>  Debtor.  )<br>  ) | |
| Jennifer Kristen Willhite,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )   Adversary No. 23-01027-SAH<br>  )<br>Courtesy Loans of Oklahoma, LLC,  )<br>  )<br>  Defendant.  ) | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) and REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002 & 9007**

**COMES NOW,** Wyatt D. Swinford, of Elias, Books, Brown & Nelson, P.C., and hereby enters his appearance on behalf of Courtesy Loans of Oklahoma, LLC ("Courtesy Loans"), Defendant in the above referenced proceeding and, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, be given to and served upon its attorney of record as follows:

Wyatt D. Swinford
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson Ave.
Oklahoma City, Oklahoma  73102-6803
Phone:  (405) 232-3722
Fax:  (405) 232-3746
wswinford@eliasbooks.com

This request encompasses all notices, copies and pleadings referred to in Rule 2002 and

9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek the captioned proceeding.

        Respectfully submitted,

        *s/ Wyatt D. Swinford*
        Wyatt D. Swinford, OBA No. 32520
        Elias, Books, Brown & Nelson, P.C.
        Two Leadership Square, Ste. 1300
        211 N. Robinson
        Oklahoma City, OK  73102
        (405) 232-3722 Phone
        (405) 232-3746 Fax
        wswinford@eliasbooks.com

        **ATTORNEYS FOR**
        **COURTESY LOANS OF OKLAHOMA, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of October 2023, a true and correct copy of the Notice was electronically served using the CM/ECF system namely:

Luke Homen  
Luke Homen Law, PLLC  
10313 Greenbriar Parkway  
Oklahoma City, Oklahoma 73159  
Phone: (405) 639-2099  
Fax: (405) 252-1654  
luke@lukehomenlaw.com

**ATTORNEYS FOR DEBTOR**  
**JENNIFER KRISTIN WILLHITE**

                                       *s/ Wyatt D. Swinford*  
                                       Wyatt D. Swinford