## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jennifer Kristen Willhite, | ) | Case No. 23-11078 |
| | ) | Chapter 7 |
| Debtor. | ) | |

_____

| | | |
|---|---|---|
| Jennifer Kristen Willhite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | Case No. 23-01027 |
| Courtesy Loans of Oklahoma, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Alex Sullivan of Luke Homen Law, PLLC, and hereby enters his appearance in this matter on behalf of his client, Jennifer Kristen Willhite.


Luke Homen Law, PLLC
Attorney for Jennifer Kristen Willhite


By:      /s/ Alex Sullivan
      Alex Sullivan
      OK Bar #33618
      Luke Homen Law, PLLC
      10313 Greenbriar Parkway
      Oklahoma City, Oklahoma 73159
      phone: (405) 496-1198
      fax: (405) 252-1654
      alex@lukehomenlaw.com
      Attorney for Jennifer Kristen Willhite