IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Jennifer Kristin Willhite, | ) | |
| | ) | |
| | ) | CASE NO. 23-11078-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| Jennifer Kristen Willhite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 23-01027-SAH |
| | ) | |
| Courtesy Loans of Oklahoma, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**COURTESY LOANS OF OKLAHOMA, LLC'S**
**FINAL WITNESS AND EXHIBIT LIST**

Defendant Courtesy Loans of Oklahoma, LLC ("Defendant") submits its final witness and exhibit list pursuant to the Court's Scheduling Order [Adv. 23-01027, Doc. 18]:

**WITNESSES**

| | NAME/ADDRESS | ANTICIPATED TESTIMONY |
|---|---|---|
| 1. | Mindy Carlton<br>c/o Wyatt D. Swinford<br>Elias, Books Brown & Nelson, P.C.<br>Two Leadership Square, Suite 1300<br>211 N. Robinson,<br>Oklahoma City, Oklahoma 73102 | Policies and procedures of company related to contacting debtors; background of loans to Debtor and collection efforts; policies and procedures related to receipt of mail; facts and circumstances related to claims asserted in this case; matters deposed on. |

1

|    | NAME/ADDRESS | ANTICIPATED TESTIMONY |
|----|---|---|
| 2. | Designated Representative of Bankruptcy Noticing Center Notice Provider 521 W. Wilshire Blvd. Suite 200 Oklahoma City, OK 73116 | Facts and circumstances related to mailing of notices in Debtor's case; documents and records of mailing notices; policies and procedures for proof of mailings. |
| 3. | Any witness identified by Plaintiff and not objected to by Defendant. | |
| 4. | Any witnesses deposed prior to trial. | |
| 5. | Any witness identified pursuant to any discovery conducted or to be conducted herein or identified in any documents produced or to be produced herein | |
| 6. | Rebuttal witnesses | |

**EXHIBITS**

| NO. | DOCUMENT | BATES (IF APPLICABLE) |
|---|---|---|
| 1. | Refinance Loan Agreement with Debtor – 1/20/2023 | CL 000031 |
| 2. | Loan Details | CL 000029–30 |
| 3. | Debtor's Shuck File | CL 000036 |
| 4. | Written Statement of Cassie Haunpo | CL 000032 |
| 5. | Written Statement of Mindy Carlton | CL 000033 |
| 6. | Company Handbook | CL 000001–28 |
| 7. | Original Loan Application | CL 000034–35 |
| 8. | Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents | |
| 9. | Transcripts of depositions taken before trial. | |

| NO. | DOCUMENT | BATES (IF APPLICABLE) |
|---|---|---|
| 10. | Exhibits from deposition taken before trial. | |
| 11. | Demonstratives | |
| 12. | Exhibits necessary for impeachment. | |
| 13. | Rebuttal Exhibits | |
| 14. | Any exhibits listed by Plaintiff and not objected to by Defendant. | |

Discovery is still ongoing in this case and Defendant reserves the right to amend its list of witnesses and exhibits to add additional witnesses or exhibits revealed through discovery.

Respectfully submitted,

*s/ Wyatt D. Swinford*
Wyatt D. Swinford, OBA No. 32520
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson
Oklahoma City, OK  73102
(405) 232-3722 Phone
(405) 232-3746 Fax
wswinford@eliasbooks.com

**ATTORNEY FOR**
**COURTESY LOANS OF OKLAHOMA, LLC**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of March 2024, a true and correct copy of the Courtesy Loans of Oklahoma LLC's Final Witness and Exhibit List was electronically served using the CM/ECF system to:

Luke Homen
Alex Sullivan
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
Phone: (405) 639-2099
Fax: (405) 252-1654
luke@lukehomenlaw.com
alex@lukehomenlaw.com

**ATTORNEYS FOR DEBTOR
JENNIFER KRISTIN WILLHITE**

                                    *s/ Wyatt D. Swinford*
                                    Wyatt D. Swinford